STATE, Respondent, v. GABRIEL, Appellant.

(180 N. W. 75.)

(File No. 4747.   Opinion filed December 1, 1920.)

**Venue—Change Of—State v. Thompson 180 N. W. 73, Followed.**

See State v. Thompson 43 S. D 425 N. W.

*Harry P. Atwater, H. M. Lewis,* and *Henry Frawley,* for Appellant.

*Byron S. Payne,* Attorney General, for Respondent.

WHITING, J.   The issue upon this appeal is identical with that presented by the record in State v. Thompson, 180 N. W. 73, just decided by this court.

For the reasons stated in our opinion in that case, the judgment of the trial court and its order denying a new trial are reversed, and this cause is remanded to that court, with directionos to call in another circuit judge to try said cause.